398 A.2d 991

**COMMONWEALTH of Pennsylvania**

v.

**John NETTLES, Appellant.**

Supreme Court of Pennsylvania.

Submitted Jan. 8, 1979.
Decided March 16, 1979.

Richard E. Johnson, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Marrianne E. Cox, Philadelphia, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO and LARSEN, JJ.

## OPINION

PER CURIAM:

This is an appeal from appellant's conviction of murder of the third degree and conspiracy which arose from the gang related slaying of Stephen Johnson on January 5, 1976. Appellant's contention that the evidence is insufficient is without merit.

Judgment of sentence affirmed.